JACOB MALOYFSKY et al., appellants,

*v.*

LEONARD SCHIRALDI et al., respondents.

[Decided May 16th, 1932.]

*Mr. Samuel Harber,* for the appellants.

*Mr. Samuel J. Rich,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Fielder, and reported in *108 N. J. Eq. 190.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CAMPBELL, LLOYD, CASE, BODINE, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ. 14.

*For reversal*—None.